JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID KENT FITCH,                          )   NO. ED CV 16-700-DOC (KS)
                              Petitioner,   )
                                            )
            v.                              )   JUDGMENT
                                            )
                                            )
CALVIN JOHNSON,                             )
                              Respondent.   )
_____    )

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:     April 21, 2017

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE